IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

- AT CLARKSBURG -

DANNY R. McIE,

      Plaintiff,

v.                               \\      Civil Action No.: 104-CV-158

AIRGAS-MID AMERICA, INC.,

      Defendant.

## ORDER OF DISMISSAL

This day came the Plaintiff in the above styled action and announced to the Court that all matters in controversy have been resolved. Therefore, this matter is hereby voluntarily dismissed with prejudice and shall be stricken from the docket of the Court.

The Clerk is hereby directed to deliver a certified copy of this Order to the following counsel: (1) T. Keith Gould, BAILEY, STULTZ, OLDAKER & GREENE, P.L.L.C., P.O. Box 1310, Weston, WV 26452 and (2) Corey T. Zurbuch, Esquire and Christopher H. Harich, Esquire, SPILMAN, THOMAS & BATTLE, P.O. Box 273, Charleston, WV 25321-0273

Enter: *August 4, 2005*

*Irene M. Keeley*
Judge Irene M. Keeley

Prepared by:

*T. Keith Gould*
T. Keith Gould
*Counsel for the Plaintiff*
W.Va. State Bar I.D. No.: 7166
**Bailey, Stultz, Oldaker & Greene, P.L.L.C.**
P.O. Box 1310
Weston, WV 26452
(304) 269-1311